# EXHIBIT A

Neil S. Lerner (SBN 134031)
nsl@cwlfirm.com
Arthur A. Severance (SBN 246691)
aseverance@cwlfirm.com
COX, WOOTTON, LERNER
GRIFFIN & HANSEN, LLP
12011 San Vicente Blvd., Suite 600
Los Angeles, California 90049
Telephone:   310.440.0020
Facsimile:   310.440-0015

Christopher A. Abel
cabel@wilsav.com
*(pro hac vice application forthcoming)*
Jeanne E. Noonan
jnoonan@wilsav.com
*(pro hac vice application forthcoming)*
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone:   757.628.5500
Facsimile:   757.628.5566

*On behalf of Tom Kirksey and James Taylor*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

**IN ADMIRALTY**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TOM KIRKSEY AND JAMES TAYLOR, AS OWNERS OF A 2016 23' CORRECT CRAFT/NAUTIQUE G23 SUPER AIR RECREATIONAL VESSEL, HIN# CTC64129I516, AZ4203CB,<br><br>FOR EXONERATION FROM OR LIMITATION OF LIABILITY | **AFFIDAVIT OF MAXWELL TODD SCHWEDE** |

I, Maxwell Todd Schwede, being duly sworn, submit the following Affidavit:

1. My name is Maxwell Todd Schwede. I am over the age of 18 and competent to make this Affidavit.

2. I am a Valuation Expert and Marine Surveyor at Todd & Associates, Inc.

3. I am a member of the International Association of Marine Investigators (IAMI), and I have been an IAMI Certified Marine Investigator since 2017.

4. I am accredited by the Society of Accredited Marine Surveyors (SAMS), and I have been a SAMS accredited marine surveyor since 2016.

5. I am a member of the Association of Certified Fraud Examiners (ACFE), and I have been a Certified Fraud Examiner (CFE) since 2018.

6. In the course and scope of my duties as a marine surveyor and valuation expert, I am often required to assess and/or estimate the value of watercraft.

7. I have personally surveyed the 2016 23-foot Correct Craft/Nautique G23 Super Air Recreational Vessel (Hull Identification Number: CTC641291516, Arizona Registration AZ 4203CB, hereinafter, the "Limitation Vessel"), on January 11, 2021, to determine the Limitation Vessel's post-casualty value.

Affidavit of Maxwell Todd Schwede       2
I-1738017.1

8. At the time of the loss, on or about August 4, 2020, there was no pending freight aboard the Limitation Vessel.

9. I estimate that the Limitation Vessel's current fair market value, and fair market value at the time of the loss, in the Huntington Beach, California area to be $99,163.21.

10. The foregoing estimate is true, correct, and accurate to the best of my knowledge and information, and based on my training and experience as an accredited SAMS marine surveyor, working in the California region.

FURTHER THE AFFIANT SAYETH NOT.

_____
MAXWELL TODD SCHWEDE
Surveyor, Todd & Associates, Inc.

Affidavit of Maxwell Todd Schwede            3
I-1738017.1

STATE OF California, CITY / COUNTY OF San Diego to wit:

On this 13 day of January, 2021, before me, a notary in and for the State of California in the City or County aforesaid, personally appeared San Diego, who:

___ is personally known to me, or

_X_ has produced California Drivers License as identification, appeared before me, a notary in and for the State of California and being duly sworn, executed the foregoing Affidavit and acknowledged the Affidavit to be his free and voluntary act and deed.

IN WITNESS WHEREOF I have hereunto set my hand and official seal, this day and year first written above.

_____
Notary Public

Notary Registration Number: 2195671

My Commission Expires: 05/05/2021

SEE ATTACHED CALIFORNIA
ACKNOWLEDGEMENT

Affidavit of Maxwell Todd Schwede        4
I-1738017.1

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____San Diego_____ )

On 13 January 2021 before me, Sandra Velazquez Zamora, Notary Public
(insert name and title of the officer)

personally appeared Maxwell Todd Schwecke ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

Sandra Velazquez Zamora
COMM. #2195671
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires May 5, 2021