# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION
# IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TOM KIRKSEY AND JAMES TAYLOR, AS OWNERS OF A 2016 23' CORRECT CRAFT/NAUTIQUE G23 SUPER AIR RECREATIONAL VESSEL, HIN# CTC64129I516, AZ4203CB, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No.: 8:21-cv-00163-DOC<br><br>**ORDER OF PUBLICATION AND STAY [6]** |

WHEREAS Limitation Plaintiffs Tom Kirksey and James Taylor (hereinafter, the "Limitation Plaintiffs"), owners of the 2016 23-foot Correct Craft/Nautique G23 Super Air Recreational Vessel (Hull Identification Number: CTC64129I516, Arizona Registration AZ4203CB, hereinafter, the "Limitation Vessel"), as identified in the Complaint in Admiralty filed herein (hereinafter, the "Limitation Complaint"), claim the right of exoneration from or limitation of liability for any and all claims arising from an accident that occurred on or about August 4, 2020 on Lake Havasu in Lake Havasu City, Arizona (hereinafter, the "Accident"), as more fully described in the Limitation Complaint; and the Limitation Plaintiffs also stating the facts and circumstances under which exoneration or limitation is claimed;

NOW, on application of the Limitation Plaintiffs, by counsel,

**IT IS HEREBY ORDERED:**

That the commencement or prosecution of any actions or suits of any nature against either the Limitation Plaintiffs or the Limitation Vessel is enjoined; and further prosecution of any actions heretofore commenced or to be commenced against the Limitation Plaintiffs, or against property owned,

operated, or controlled by the Limitation Plaintiffs, is enjoined; and any property heretofore attached under any such suit or action should be and is freed from such attachment; and any bonds or stipulations heretofore given for the release of any vessel or property of the Limitation Plaintiffs is released and canceled; and the Clerk and/or U.S. Marshal of any Court in which any such property has been attached is hereby commanded to restore the said property to the person or persons having custody at the time of the said attachment, and no other suit, action or claim of any nature shall be made or prosecuted against either the Limitation Plaintiffs or the Limitation Vessel, or any property in which the Limitation Plaintiffs have an interest, which arises by reason of the Accident except in the present proceeding and in accordance with this and any other subsequent order of this Court, and all such other actions are hereby stayed and restrained until the hearing and determination of this proceeding; and it is further

**ORDERED** that the Clerk issue a Notice to all persons claiming damages sustained or occasioned or incurred by or resulting from this Accident, or in any way arising out of or in connection with the operation of the Limitation Vessel at or near the time when the Accident occurred, admonishing them to file their respective claims with the Clerk of the Court and to serve on or mail to counsel for the Limitation Plaintiffs a copy thereof, or be defaulted, on or before the 5th day of MARCH, 2021, and subject to the right of any person or persons to controvert or question the same, with liberty also to any person or persons claiming damages who shall have presented their claims to answer the Complaint; and it is further

**ORDERED** that notice be published in *The Orange County Register* once per week for four (4) consecutive weeks before the return date of this Order, and that the Limitation Plaintiffs shall, not later than the day of the second publication mail a copy of said notice to every person known to have

made or who may make a claim against the Limitation Plaintiffs and/or the Limitation Vessel arising out of the Accident for which the claims sought to be limited arose; and it is further

    **ORDERED** that service of this Order as a restraining order be made within this District or Court by delivering a copy of this Order to the person or persons to be restrained, or to his, her or their respective counsel or attorneys.

BY THE COURT

*/s/ David O. Carter*
_____

**United States District Judge for the Central District of California**

DATED:   February 2, 2021