Christopher A. Abel (*admitted pro hac vice*)
cabel@wilsav.com
Jeanne E. Noonan (*admitted pro hac vice*)
jnoonan@wilsav.com
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566

Neil S. Lerner (SBN 134031)
nsl@cwlfirm.com
Arthur A. Severance (SBN 246691)
aseverance@cwlfirm.com
COX, WOOTTON, LERNER
 GRIFFIN & HANSEN, LLP
12011 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: 310.440.0020
Facsimile: 310.440.0015

On behalf of Tom Kirksey and James Taylor

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION
### IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF TOM KIRKSEY AND JAMES TAYLOR, AS OWNERS OF A 2016 23' CORRECT CRAFT/NAUTIQUE G23 SUPER AIR RECREATIONAL VESSEL, HIN# CTC64129I516, AZ4203CB, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No.: 8:21-cv-00163-DOC-(KESx)<br><br>**ORDER GRANTING LIMITATION PLAINTIFFS' APPLICATION FOR JUDGMENT OF EXONERATION BY DEFAULT AGAINST ALL NON-APPEARING PARTIES AND NON-ASSERTED CLAIMS [24]** |

WHEREAS Limitation Plaintiffs Tom Kirksey and James Taylor (hereinafter, the "Limitation Plaintiffs"), as owners of the 2016 23-foot Correct Craft/Nautique G23 Super Air Recreational Vessel (Hull Identification Number: CTC64129I516, Arizona Registration AZ4203CB, hereinafter, the "Limitation Vessel"), have applied to this Court for default judgment in their favor against Lucas Raposa and all other possible claimants, known and unknown, who did not timely file and serve their claims and answers in response to their Complaint in Admiralty (hereinafter the "Limitation Complaint") (ECF No. 1) by March 5, 2021;

WHEREAS the application requests that the Court declare Limitation Plaintiffs to be completely exonerated from liability for any and all loss, damage, or injury to Lucas Raposa and any others with claims against them or the Limitation Vessel arising out of an accident that occurred on or about August 4, 2020 on Lake Havasu in Lake Havasu City, Arizona (hereinafter, the "Accident");

WHEREAS Limitation Plaintiffs filed their Limitation Complaint claiming the right of exoneration from, or limitation of, liability under the Limitation of Liability Act, 46 U.S.C. §§ 30501 *et seq.*, for any and all claims arising out of, resulting from, or in any way connected with the Accident;

WHEREAS the Court issued an Order of Publication and Stay (ECF No 19), ordering that all potential claimants file their claims with the Clerk of this Court, in the United States District Court for the Central District of California, and serve on or mail to Limitation Plaintiffs' counsel a copy thereof on or before March 5, 2021, or be defaulted. *See* ECF No. 19, at 2. The Court also ordered Limitation Plaintiffs to publish the Notice in *The Orange County Register* once per week for four (4) consecutive weeks before March 5, 2021, and to mail a copy of the Notice to every person known to have made or who may make a claim

arising out of the Accident no later than the day of the second publication. *See id.* at 2–3; *see also* ECF No. 15;

WHEREAS the required notice was published in *The Orange County Register* on February 8, 15, and 22, 2021, and on March 1, 2021. *See* ECF No. 21-1;

WHEREAS Limitation Plaintiffs sent a copy of the Notice, the Publication Order, and the Limitation Complaint to counsel for potential claimant Lucas Raposa. *See* ECF No. 21-2;

WHEREAS Lucas Raposa had one month to respond to the Limitation Complaint, but has not filed or served a claim or answer, has not sought relief from default or leave to file a late claim, and has not otherwise appeared in this action;

WHEREAS no other claimants have filed or served claims or answers to the Limitation Complaint, have sought relief from default or leave to file a late claim, or have otherwise appeared in this action;

WHEREAS on March 15, 2021, upon the request of Limitation Plaintiffs, the Clerk of Court entered a default against Lucas Raposa and all non-appearing parties and non-asserted claims. *See* ECF No. 23;

WHEREAS there are no facts to indicate that Lucas Raposa or any other non-appearing possible claimant is a minor, incompetent, or in military service;

NOW, THEREFORE, the Court finds that Limitation Plaintiffs provided due notice of the pendency of this proceeding in compliance with Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and the Court's Order of Publication and Stay; and

IT IS ORDERED that Limitation Plaintiffs' Application for Judgment of Exoneration by Default is granted;

IT IS FURTHER ORDERED that judgment is entered in favor of Limitation Plaintiffs Tom Kirksey and James Taylor against Lucas Raposa and all other possible claimants, known and unknown, who did not file and serve their claims and answers in response to the Complaint on or before March 5, 2021; and

IT IS FURTHER ORDERED that Limitation Plaintiffs Tom Kirksey and James Taylor are completely exonerated liability for any and all loss, damage, or injury to Lucas Raposa and any other such possible claimants with claims against them or the 2016 23-foot Correct Craft/Nautique G23 Super Air Recreational Vessel (Hull Identification Number: CTC64129I516, Arizona Registration AZ4203CB) arising out of an accident that occurred on or about August 4, 2020 on Lake Havasu in Lake Havasu City, Arizona, who did not file claims and answers by the March 5, 2021 deadline.

IT IS SO ORDERED.

*David O. Carter* (signature)

May 12, 2021
Date

Hon. David O. Carter
United States District Judge